IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TOM M. DAFFRON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 06-263-HU |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

David M. Lowry
Attorney at Law
9900 S.W. Greenburg Road, Suite 235
Portland, OR  97223

   Attorney for Plaintiff

Joanne E. Dantonio
Michael McGaughran
SOCIAL SECURITY ADMINISTRATION
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, WA  98104

    Neil J. Evans
    UNITED STATES ATTORNEY'S OFFICE
    1000 S.W. Third Avenue, Suite 600
    Portland, OR  97204-2902

      Attorneys for Defendant

JONES, Judge:

    Magistrate Judge Dennis J. Hubel filed Findings and Recommendation (#11) on June 30, 2006, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Hubel's rulings.

    I find no error. Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#11), dated June 29, 2006, in its entirety. The Commissioner's motion (#7) to dismiss is granted.

    IT IS SO ORDERED.

    DATED this 31st day of July, 2006.

    /s/ Robert E. Jones
    ROBERT E. JONES
    United States District Judge

2 - ORDER